AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Oregon

United States of America
v.
Paul Brunson

Case No: CR 06-410-RE
USM No: 61555-065

Date of Original Judgment: 11/01/2007
Date of Previous Amended Judgment:
(Use Date of Last Amended Judgment if Any)

Susan Russell
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  48 mos Ct 1, 48 mos Ct 2   months **is reduced to**  48 mos. Ct 1, 15 mos. Ct 2 *  .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
*The sentence in Count 2 shall be served consecutively to the sentence
 imposed in Count 1, for a total of 63 months.
```

Except as otherwise provided, all provisions of the judgment dated  11/01/2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  11/2/11

Effective Date:
*(if different from order date)*

*Judge's signature*

for  Sr. United States District Judge James A. Redden
*Printed name and title*